INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana_____ District o

1:24-cv-00018-SEB-MG

JOHN L COUCH

*Plaintiff*

-v-

THE CITY OF INDIANAPOLIS UNIGOV
MARION COUNTY INDIANA
ATTENTION: MAYOR JOE HOGSETT

*Defendant*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

FILED
JAN 03 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 9



INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

I. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim) ☒

State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA DID KNOWINGLY AND INTENTIONALLY VIOLATE THE PLAINTIFF, PRO SE, JOHN L COUCH UNITED STATES OF AMERICA CONSTITUTION RIGHTS, DISCRIMINATE, AND COMMIT FEDERAL CRIMINAL ACTIONS AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH; 1) FIRST AMENDMENT RIGHT OF FREE SPEECH 2) SECOND AMENDMENT RIGHT OF DEFENDING A PERSONS PROPERTY AND FAMILY FROM GOVERNMENT AGENCIES 3) FOURTH AMENDMENT RIGHT- ILLEGAL SEARCH AND SEIZURE 4) FIFTH AMENDMENT RIGHT- VIOLATE THE PLAINTIFF CRIMINAL DUE PROCESS 5) SIXTH AMENDMENT RIGHT- WOULD NOT PROVIDE THE PLAINTIFF, PRO SE, JOHN L COUCH WITH AN ATTORNEY FOR HIS DEFENSE IN MARION COUNTY SUPERIOR COURT CASES 5) FOURTEENTH AMENDMENT RIGHT- 6) COMMIT FEDERAL CRIMINAL CRIMES AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH NOT INCLUDING THE FOLLOWING A) FEDERAL KIDNAPPING B) FEDERAL KIDNAPPING WITH A WEAPON C) FEDERAL KIDNAPPING REQUESTING A RANSOM FOR RELEASE D) FEDERAL CRIMINAL CONFINEMENT E) FEDERAL UNLAWFUL ENTRY F) FEDERAL FALSE STATEMENTS G) FEDERAL PERJURY H) FEDERAL FILING FALSE INFORMATION I) SAID DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA ALLOWING AND SIGNING A WARRANT THAT WAS REQUESTED BY AN AGENCY NOT LEGALLY AUTHORIZED TO DO SO J) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA DID KNOWINGLY AND INTENTIONALLY VIOLATE THE LEGAL TREATIES THE UNITED STATES OF AMERICA HAVE AGREED TO BY THE COUNTIES OF VIETNAM, ZIMBABWE, AND THAILAND- THE PHU QUOC RIDGEBACK IS THE OFFICIAL DOG OF VIETNAM, THE THAI RIDGEBACK IS THE OFFICIAL DOG OF THAILAND, AND THE RHODESIAN RIDGEBACK IS THE OFFICIAL DOG OF ZIMBABWE K) THE PLAINTIFF, PRO SE, JOHN L COUCH IS THE OWNER OF CAM A PHU QUOC RIDGEBACK, MARLEE A THAI RIDGEBACK AND BOOSIE A RHODESIAN RIDGEBACK AND THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA CONTINUE TO MISLABEL, MAKE FALSE STATEMENTS AND INFORMATION; INCLUDING FEDERAL PERJURY IN REGARDS TO THE PLAINTIFF, PRO SE JOHN L COUCH FAMILY/DOGS L) THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY COMMITTED FEDERAL AND INTERNATIONAL CRIMES AND VIOLATIONS M) THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY VIOLATED THE PLAINTIFF, PRO SE, JOHN L COUCH FEDERAL CONSTITUTIONAL RIGHTS AND COMMITTED FEDERAL CRIMES SINCE 1989 AND MANY TIMES SINCE 2014, AGAIN ALL ACTIONS BY THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA ARE KNOWINGLY AND INTENTIONALLY, INCLUDING NEGLIGENCE N) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA KNOWINGLY AND INTENTIONALLY, INCLUDING NEGLIGENCE OF INFORMATION THAT THE PLAINTIFF, PRO SE, JOHN L COUCH HAS BEEN FOUND "NOT GUILTY ", "DISMISSED ", OR OTHER , TO INFLUENCE THE PERSON/PERSONS WHO MAKE DECISIONS OF ANY SITUATION O) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY DEFAMED, MAKE FALSE STATEMENTS, FALSE CLAIMS AND PERJURY WITHOUT ANY REASON TO DO SO TO MANY PEOPLE IN THE CITY OF INDIANAPOLIS UNIGOV

MARION COUNTY INDIANA AND THE STATE OF INDIANA, AGAIN THESE ACTIONS ARE KNOWINGLY AND INTENTIONALLY INCLUDING NEGLIGENCE BY THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA P) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAS DISCRIMINATED AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH IN GENDER AND RACE; AGAIN ALL ACTIONS BY THE PLAINTIFF, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE BEEN KNOWINGLY AND INTENTIONALLY INCLUDING NEGLIGENCE, ABUSE OF POWER.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA DID KNOWINGLY AND INTENTIONALLY VIOLATE THE PLAINTIFF, PRO SE, JOHN L COUCH UNITED STATES OF AMERICA CONSTITUTION RIGHTS, DISCRIMINATE, AND COMMIT FEDERAL CRIMINAL ACTIONS AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH; 1) FIRST AMENDMENT RIGHT OF FREE SPEECH 2) SECOND AMENDMENT RIGHT OF DEFENDING A PERSONS PROPERTY AND FAMILY FROM GOVERNMENT AGENCIES 3) FOURTH AMENDMENT RIGHT- ILLEGAL SEARCH AND SEIZURE 4) FIFTH AMENDMENT RIGHT- VIOLATE THE PLAINTIFF CRIMINAL DUE PROCESS 5) SIXTH AMENDMENT RIGHT- WOULD NOT PROVIDE THE PLAINTIFF, PRO SE, JOHN L COUCH WITH AN ATTORNEY FOR HIS DEFENSE IN MARION COUNTY SUPERIOR COURT CASES 5) FOURTEENTH AMENDMENT RIGHT- 6) COMMIT FEDERAL CRIMINAL CRIMES AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH NOT INCLUDING THE FOLLOWING A) FEDERAL KIDNAPPING B) FEDERAL KIDNAPPING WITH A WEAPON C) FEDERAL KIDNAPPING REQUESTING A RANSOM FOR RELEASE D) FEDERAL CRIMINAL CONFINEMENT E) FEDERAL UNLAWFUL ENTRY F) FEDERAL FALSE STATEMENTS G) FEDERAL PERJURY H) FEDERAL FILING FALSE INFORMATION I) SAID DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA ALLOWING AND SIGNING A WARRANT THAT WAS REQUESTED BY AN AGENCY NOT LEGALLY AUTHORIZED TO DO SO J) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA DID KNOWINGLY AND INTENTIONALLY VIOLATE THE LEGAL TREATIES THE UNITED STATES OF AMERICA HAVE AGREED TO BY THE COUNTIES OF VIETNAM,

ZIMBABWE, AND THAILAND- THE PHU QUOC RIDGEBACK IS THE OFFICIAL DOG OF VIETNAM, THE THAI RIDGEBACK IS THE OFFICIAL DOG OF THAILAND, AND THE RHODESIAN RIDGEBACK IS THE OFFICIAL DOG OF ZIMBABWE K) THE PLAINTIFF, PRO SE, JOHN L COUCH IS THE OWNER OF CAM A PHU QUOC RIDGEBACK, MARLEE A THAI RIDGEBACK AND BOOSIE A RHODESIAN RIDGEBACK AND THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA CONTINUE TO MISLABEL, MAKE FALSE STATEMENTS AND INFORMATION; INCLUDING FEDERAL PERJURY IN REGARDS TO THE PLAINTIFF, PRO SE JOHN L COUCH FAMILY/DOGS L) THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY COMMITTED FEDERAL AND INTERNATIONAL CRIMES AND VIOLATIONS M) THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY VIOLATED THE PLAINTIFF, PRO SE, JOHN L COUCH FEDERAL CONSTITUTIONAL RIGHTS AND COMMITTED FEDERAL CRIMES SINCE 1989 AND MANY TIMES SINCE 2014, AGAIN ALL ACTIONS BY THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA ARE KNOWINGLY AND INTENTIONALLY, INCLUDING NEGLIGENCE N) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA KNOWINGLY AND INTENTIONALLY, INCLUDING NEGLIGENCE OF INFORMATION THAT THE PLAINTIFF, PRO SE, JOHN L COUCH HAS BEEN FOUND "NOT GUILTY ", "DISMISSED ", OR OTHER , TO INFLUENCE THE PERSON/PERSONS WHO MAKE DECISIONS OF ANY SITUATION O) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE KNOWINGLY AND INTENTIONALLY DEFAMED, MAKE FALSE STATEMENTS, FALSE CLAIMS AND PERJURY WITHOUT ANY REASON TO DO SO TO MANY PEOPLE IN THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA AND THE STATE OF INDIANA, AGAIN THESE ACTIONS ARE KNOWINGLY AND INTENTIONALLY INCLUDING NEGLIGENCE BY THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA P) THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAS DISCRIMINATED AGAINST THE PLAINTIFF, PRO SE, JOHN L COUCH IN GENDER AND RACE; AGAIN ALL ACTIONS BY THE PLAINTIFF, CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAVE BEEN KNOWINGLY AND INTENTIONALLY INCLUDING NEGLIGENCE, ABUSE OF POWER.

**II. The Parties to This Complaint A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name JOHN L COUCH
ADDRESS: 8845 JACKSON STREET
INDIANAPOLIS INDIANA 46231
UNITED STATES OF AMERICA
317-486-3699
JLCOUCH168@GMAIL.COM

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

DEFENDANT: CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA
CITY/~~BUILDING~~ County Building
200 EAST WASHINGTON STREET
INDIANAPOLIS INDIANA 46204
25TH FLOOR
ATTENTION: MAYOR JOE HOGSETT

[ ] Individual capacity    [ ] Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

Defendant No. 2 Name
    Job or Title *(if known)*
    Address

            *City*           *State*         *Zip code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

            *City*           *State*         *Zip Code*

    County
    Telephone Number

                                                           E-Mail Address
                                                           *(if known)*
☐ Individual capacity     ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(SEE ATTACHED PAGE ) (10-14)

**A.** Where did the events giving rise to your claim(s) occur?

CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA, IN MARION COUNTY INDIANA AND THE STATE OF INDIANA; IN THE UNITED STATES OF AMERICA.

**B.** What date and approximate time did the events giving rise to your claim(s) occur?
FROM THE YEAR 1989 TO PRESENT DATE INCLUDING THE YEAR 2024.

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(SEE ATTACHED PAGE ) (15-37)

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

ATTACKED IN MARION COUNTY INDIANA JAIL 2, MARION COUNTY INDIANA JAIL BY INMATES AND MARION COUNTY INDIANA SHERIFF UNIGOV CITY OF INDIANAPOLIS. THE PLAINTIFF, PRO SE, JOHN L COUCH WAS IN FEAR OF HIS LIFE

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE PLAINTIFF, PRO SE, JOHN L COUCH REQUESTS THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA TO PAY A BILLION DOLLARS ($1,000,000,000.00) IN DAMAGES AND FIVE BILLION DOLLARS ($5,000,000,000.00) PUNITIVE DAMAGES; IN ADDITION TO THE AMOUNT AWARDED; THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA WILL PAY ALL COURT COST, COURT FEES, AND ATTORNEY FEES; THESE FEES WILL BE IN ADDITION TO THE AMOUNT AWARDED. THE DEFENDANT, CITY OF INDIANAPOLIS UNIGOV MARIONCOUNTY KNOWINGLY AND INTENTIONALLY VIOLATING THE FEDERAL CONSTITUTIONAL RIGHTS, FEDERAL CRIMES, FALSE STATEMENTS, FALSE INFORMATION, DEFIMATION OF CHARACTER, DISCRIMINATION, WRONGFUL ARRESTS, ILLEGAL SEARCH AND SEIZURE, ILLEGAL IMPOUNDMENTS OF THE PLAINTIFF, PRO SE, JOHN L COUCH FAMILY/DOGS, CAM A PHU QUOC RIDGEBACK, OFFICIAL DOG OF VIETNAM AND REGISTERED SERVICEDOG, MARLEE A THAI RIDGEBACK, OFFICIAL DOG OF THAILAND AND REGISTERED SERVICE DOG, BOOSIE A RHODESIAN RIDGEBACK, OFFICIAL DOG OF ZIMBABWE AND REGISTERED SERVICE DOG AND KNOWINGLY AND INTENTIONALLY NEGLIGENCE, ABUSE OF POWER.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

---

THE ILLEGAL ACTIONS BY THE DEFENDANT, THE CITY OF INDIANAPOLIS UNIGOV MARION COUNTY INDIANA HAS COST THE PLAINTIFF, PRO SE, JOHN L COUCH MANY OPPORTUNITIES OF EMPLOYMENT DIRECT HIRE/CONTRACTUAL, VOLUNTEER OPPORTUNITIES, EFFECTED ELECTIONS WHICH THE PLAINTIFF, PRO SE, JOHN L COUCH WAS A OFFICIAL BALLOT CANDIDATE FOR GOVERNMENT OFFICE, THE PLAINTIFF, PRO SE, JOHN L COUCH WAS FORCED INTO SITUATIONS THAT PUT THE SAID PLAINTIFF, PRO SE, JOHN L COUCH IN FEAR OF HIS LIFE. INCLUDING THE LIVES OF THE PLAINTIFF, PRO SE, JOHN L COUCH FAMILY/DOGS.

A CITIZEN

OF THE UNITED STATES OF AMERICA CONSTITUTIONAL RIGHTS AND THE PLAINTIFF, PRO SE FAMILY/DOGS ARE PRICELESS.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-3-23

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: John L. Couch