UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN L. COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00018-SEB-MG |
| | ) |
| CITY OF INDIANAPOLIS, | ) |
| UNIGOV, | ) |
| MARION COUNTY INDIANA, | ) |
| JOE HOGSETT Mayor, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. Plaintiff shall take nothing by his complaint, and this action is terminated.

IT IS SO ORDERED.

Date: 3/15/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOHN L. COUCH
8845 Jackson Street
Indianapolis, IN 46231

Michael Brian Coppinger, II
brian.coppinger2@indy.gov

Jessica Reagan Gastineau
OFFICE OF CORPORATION COUNSEL
jess.gastineau2@indy.gov